UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| AQUIL MARTIN,<br><br>   Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>   Defendant. | Case No. 5:25-cv-00053-KDB-DCK |

**DEFENDANT TRANS UNION LLC'S**
**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

  Defendant, Trans Union, LLC ("Trans Union"), through counsel, hereby respectfully submits its Motion to Dismiss Plaintiff's Amended Complaint, pursuant to FRCP 12(b)(6). In support, Trans Union submits the attached memorandum. In support thereof, Trans Union incorporates by reference the Memorandum In Support of Its Motion to Dismiss filed contemporaneously herewith its Motion.

1

DATE: May 12, 2025.

                          Respectfully submitted,

                          */s/ Marc F. Kirkland*
Marc F. Kirkland
N.C. State Bar No. 60678
mkirkland@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 Dallas Parkway, Suite 800
Plano, Texas 75024
Tel: (214) 560-5454
Fax: (214) 871-2111
***Counsel for Trans Union LLC***

# **CERTIFICATE OF SERVICE**

I hereby certify on this 12th day of May 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

None.

I further certify that a true and correct copy of the foregoing document was served on the following parties via U.S. First Class Mail and properly addressed as follows:

Aquil Martin
603 S. Race St.
Statesville, NC 28677
***Pro Se Plaintiff***

                                                */s/ Marc F. Kirkland*
                                                **MARC F. KIRKLAND**

7979119.2