UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| AQUIL MARTIN,<br><br>   Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>   Defendant. | Case No. 5:25-cv-00053-KDB-DCK |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Aquil Martin and Defendant Trans Union LLC hereby respectfully file this Stipulation of Dismissal with Prejudice, and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Aquil Martin and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

DATE: June 30, 2025.　　　　　　　　　Respectfully submitted,

*/s/ Marc F. Kirkland*
Marc F. Kirkland
N.C. State Bar No. 60678
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5454
(214) 871-2111 Fax
mkirkland@qslwm.com
**Counsel for Trans Union LLC**


*Aquil Martin*
Aquil Martin
603 S. Race St.
Statesville, NC 28677
**Pro Se Plaintiff**


## CERTIFICATE OF SERVICE

I hereby certify on this 30th day of June 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I further certify that a true and correct copy of the foregoing document was served on the following parties via U.S. First Class Mail and properly addressed as follows:

Aquil Martin
603 S. Race St.
Statesville, NC 28677
**Pro Se Plaintiff**

*/s/ Marc F. Kirkland*
**MARC F. KIRKLAND**